## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HURST | DOCKET NO: |
| Plaintiff, | 3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC. and | OCTOBER 23, 2003 |
| LES NEUMANN | |
| Defendants | |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff hereby moves for entry of a judgment by default pursuant to Fed. R. Civ. Pro. Rule 55(b) against Defendant VRSimulations, Inc. for Defendant VRSimulations, Inc.'s failure to appear in this action. The Court entered a default against such party on September 24, 2003, and such party has not moved to vacate such default. Plaintiff moves that judgment in the amount of $30,453.20 be entered against Defendant VRSimulations, Inc. in accordance with the following:

    a. Unpaid overtime of $13,080 in unpaid overtime, in accordance with the attached affidavit;

    b. Liquidated damages in the amount of $13,080 pursuant to 29 U.S.C. § 216(b); and

  c. Attorneys fees and costs of litigation pursuant to 29 U.S.C. § 216(b) in the amount of $4,293.20 pursuant to the attached affidavit.

In the alternative if the Court deems the same necessary, plaintiff moves for a hearing or reference of the case to take account or to determine the amount of damages.

            PLAINTIFF

            By: _____
            David S. Rintoul (ct#08456)
            BROWN, PAINDIRIS & SCOTT
            2252 Main Street
            Glastonbury, CT 06033
            (860) 659-0700

            **Certification**

The undersigned certifies that on October 23, 2003, he has sent a copy of the foregoing to the following address, certified mail, postage prepaid:

VRSimulations, Inc.
185 Main Street, Suite 431
New Britain, CT 06051

            _____
            David S. Rintoul

IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HURST<br>Plaintiff, | DOCKET NO:<br>3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC. and<br>LES NEUMANN<br>Defendants | OCTOBER 23, 2003 |

COUNTY OF _LITCHFIELD_ )
) ss. _COLEBROOK_
STATE OF CONNECTICUT )

## AFFIDAVIT

The undersigned, being over the age of eighteen and understanding the obligations of an oath, state the following to the best of his knowledge and belief based on his personal knowledge of the facts contained herein.

1. My name is William Hurst, and I am the plaintiff in the above captioned case.

2. I was employed by Defendant VRSimulations, Inc. ("VR") as a graphic modeler from October 2001, when VR acquired by prior employer, until December 9, 2002, when VR terminated my employment because I refused to go on contract status.

3. VR paid me a salary basis rather than an hourly basis.

4. In my position as a graphic modeler:
   a. I did not supervise any employee.
   b. I have no academic degrees in any discipline in which I worked.

   c. I was not involved in any management policy or in the general operations of the company or its customers.

   d. I neither performed nor applied computer analysis techniques, and do not have proficiency in the theoretical application of any of the computer techniques I used in performing my job. While I used computer programs, I did not design, develop, test or modify computer systems or programs.

5. Since March 7, 2001, two year prior to filing the complaint, I worked at least 545 hours of uncompensated overtime.

  6. My pay rate at the time was $16.00 an hour.

  7. I am entitled to a minimum of $13,080 in lost wages.

William Hurst

Subscribed and sworn before
me this 23rd day of October, 2003.

Notary Public / Commissioner of the Superior Court

N. JOYCE NELSON
*NOTARY PUBLIC*
My Commission Expires Jan. 31, ~~2003~~ 2008

**IN THE UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM HURST<br>　　Plaintiff, | DOCKET NO:<br>3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC. and<br>LES NEUMANN<br>　　Defendants | OCTOBER 22, 2003 |

COUNTY OF GLASTONBURY　　)
　　　　　　　　　　　　　　　　) ss.
STATE OF CONNECTICUT　　　)

**AFFIDAVIT**

The undersigned, being over the age of eighteen and understanding the obligations of an oath, state the following to the best of his knowledge and belief based on his personal knowledge of the facts contained herein.

1. My name is David Rintoul, and I am plaintiff's counsel in the above captioned case.

2. I have spent a total of 16 hours representing plaintiff in this case.

3. My regular rate for specialized employment work is $250 an hour.

4. My total fees incurred in this case are $4,000.

5. Costs in the case total $293.20 for filing and service fees.

_____
David S. Rintoul

Subscribed and sworn before
me this 23 day of October, 2003.

_____
Notary Public / ~~Commissioner of the Superior Court~~

**JACKIE C. BENNETT**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 10/30/07