

IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HURST<br>　　Plaintiff, | DOCKET NO:<br>3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC. and<br>LES NEUMANN<br>　　Defendants | OCTOBER 29, 2003 |

### FILING OF ORIGINAL AFFIDAVIT TO MOTION FOR DEFAULT JUDGMENT

Plaintiff hereby files the original of the affidavit of plaintiff attached to plaintiff's Motion for Default Judgment, which original is attached hereto, and respectfully requests that such original be considered part of such Motion for Default Judgment.

　　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　David S. Rintoul (ct#08456)
　　　　　　　　　　　　　　　　　　　BROWN, PAINDIRIS & SCOTT
　　　　　　　　　　　　　　　　　　　2252 Main Street
　　　　　　　　　　　　　　　　　　　Glastonbury, CT 06033
　　　　　　　　　　　　　　　　　　　(860) 659-0700

### Certification

The undersigned certifies that on October 29, 2003, he has sent a copy of the foregoing to the following address, certified mail, postage prepaid:

VRSimulations, Inc.
185 Main Street, Suite 431
New Britain, CT 06051

_____
David S. Rintoul

IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF CONNECTICUT

WILLIAM HURST                             DOCKET NO:
    Plaintiff,                            3:03CV 0429 (AVC)

v.

VRSIMULATIONS, INC. and                   OCTOBER 23, 2003
LES NEUMANN
    Defendants

COUNTY OF  LITCHFIELD   )
                        )   ss.  COLEBROOK
STATE OF CONNECTICUT    )

## AFFIDAVIT

The undersigned, being over the age of eighteen and understanding the obligations of an oath, state the following to the best of his knowledge and belief based on his personal knowledge of the facts contained herein.

1. My name is William Hurst, and I am the plaintiff in the above captioned case.

2. I was employed by Defendant VRSimulations, Inc. ("VR") as a graphic modeler from October 2001, when VR acquired by prior employer, until December 9, 2002, when VR terminated my employment because I refused to go on contract status.

3. VR paid me a salary basis rather than an hourly basis.

4. In my position as a graphic modeler:

   a. I did not supervise any employee.

   b. I have no academic degrees in any discipline in which I worked.

    c. I was not involved in any management policy or in the general operations of the company or its customers.

    d. I neither performed nor applied computer analysis techniques, and do not have proficiency in the theoretical application of any of the computer techniques I used in performing my job. While I used computer programs, I did not design, develop, test or modify computer systems or programs.

5. Since March 7, 2001, two year prior to filing the complaint, I worked at least 545 hours of uncompensated overtime.

6. My pay rate at the time was $16.00 an hour.

7. I am entitled to a minimum of $13,080 in lost wages.

                                                      _/s/ William Hurst_
                                                    William Hurst

Subscribed and sworn before
me this 23RD day of October, 2003.

_/s/ N. Joyce Nelson_
Notary Public / ~~Commissioner of the Superior Court~~

        N. JOYCE NELSON
        **NOTARY PUBLIC**
My Commission Expires Jan. 31, ~~2003~~ 2005