IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HURST<br>Plaintiff, | DOCKET NO:<br>3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC. and<br>LES NEUMANN<br>Defendants | OCTOBER 23, 2003 |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff hereby moves for entry of a judgment by default pursuant to Fed. R. Civ. Pro. Rule 55(b) against Defendant VRSimulations, Inc. for Defendant VRSimulations, Inc. failure to appear in this action. The Court entered a default against such party on September 24, 2003, and such party has not moved to vacate such default. Plaintiff moves that judgment in the amount of $30,453.20 be entered against Defendant VRSimulations, Inc. in accordance with the following:

    a. Unpaid overtime of $13,080 in unpaid overtime, in accordance with the attached affidavit;

    b. Liquidated damages in the amount of $13,080 pursuant to 29 U.S.C. § 216(b); and

December 2, 2003. There being no objection, the motion is granted.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
2252 MAIN STREET – GLASTONBURY, CONNECTICUT 06033 – (860) 659-0700 – JURIS NO. 413634