UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

William Hurst

V.                                    Case Number: 3:03CV00429(AVC)

VRSimulations, Inc. And Les Neumann


    Default entered pursuant to Rule 55(a) FRCP as to the defendant, **Les Neumann**.  A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.


    Dated at Hartford, Connecticut, December 10, 2003.


                  KEVIN F. ROWE, CLERK


           By:      /s/ JW    
                Jo-Ann Walker
                Deputy Clerk