FILED

2003 DEC 15 P 2: 37

IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HURST<br>    Plaintiff, | DOCKET NO:<br>3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC. and<br>LES NEUMANN<br>    Defendants | DECEMBER 12, 2003 |

### DISMISSAL OF CLAIMS REGARDING LES NEUMANN

Plaintiff hereby voluntarily dismisses his claims against Defendant Les Neumann only, pursuant to Fed. R. Civ. Pro. Rule 41(a) without prejudice.

PLAINTIFF

By: _____
David S. Rintoul (ct#08456)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

## Certification

The undersigned certifies that on December 12, 2003, he has sent a copy of the foregoing to the following address, certified mail, postage prepaid:

VRSimulations, Inc.
185 Main Street, Suite 431
New Britain, CT 06051

_____
David S. Rintoul