UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

William Hurst

V.                        Case Number: 3:03CV429(AVC)

VRSimulations, Inc. And Les Neumann

**Notice of Dismissal of Claims Regarding Les Neumann**

Doc. # **10**

**ORDERED ACCORDINGLY**, **as to the defendant, Les Neumann only.**


Dated at Hartford, Connecticut, December 17, 2003.


KEVIN F. ROWE, CLERK


By: _____/s/ JW_____
    Jo-Ann Walker
    Deputy Clerk