UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM HURST

    V.                                      CIVIL NO. 3:03CV00429(AVC)

VRSIMULATIONS, INC. and
LES NEUMANN

## DEFAULT JUDGMENT

The defendant, VRSimulations, Inc. having failed to plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on September 24, 2003; and

The defendant, Les Neumann having been voluntarily dismissed from the case by Notice of Dismissal dated December 15, 2003 and ordered accordingly by the Clerk on December 17, 2003; and further

Upon motion of the plaintiff, filed October 24, 2003, requesting that a default judgment be entered against the defendant VRSimulations, Inc. pursuant to the provisions of Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion for judgment as to the defendant VRSimulations, Inc. in the amount of $30,453.20 on December 2, 2003; it is hereby

ORDERED, ADJUDGED and DECREED that the matter is dismissed as to the defendant Les Neumann; and further

ORDERED, ADJUDGED and DECREED that judgment enter in favor of the plaintiff against the defendant VRSimulations, Inc. in the amount of $26,160.00 plus attorney fees in the amount of $4,000.00 and costs in the amount of $293.20 for a total judgment in the amount of $30,453.20.

Dated at Hartford, Connecticut, this 17th day of December, 2003.

                KEVIN F. ROWE, CLERK

                By   /s/ JW
                     Jo-Ann Walker
                     Deputy Clerk

EOD: _____