13

03CV429 mot appt

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
2/13/04
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

HURST
v
VR Simulations, Inc.

CIVIL ACTION NO. 3:03CV 429(AVC)
RKW

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint __William Wrang, Jr.__, a qualified person over eighteen (18) years of age, residing in __Middletown, CT__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __Hartford__, Connecticut, this __13th__ day of __February__, 2004

_____
Attorney for Plaintiff

SO ORDERED.

KEVIN F. ROWE, CLERK

By _____
       Deputy Clerk

Dated: __February 13, 2004__

Procedure\process.apt\Rev.9/99