## UNITED STATES DISRICT COURT

## DISTRICT OF CONNECTICUT

WILLIAM HURST  
    v.  
VRSIMULATIONS, INC.

DOCKET NO: 3:03CV 0429 (AVC)

### MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS

Plaintiff moves this Court to appoint **Fulton County Marshal, Hazaline Jenkins or her authorized representative**, a qualified person over eighteen (18) years of age, residing in **Atlanta, Georgia**, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at Glastonbury, Connecticut, this 24th day of June, 2004.

_____  
Attorney for Plaintiff

SO ORDERED.

KEVIN F. ROWE, CLERK

By:_____  
    Deputy Clerk

Dated:_____

## UNITED STATES DISRICT COURT

## DISTRICT OF CONNECTICUT

### APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on 3:03CV429(AVC), Docket No., HURST v. VRSimulations, Inc. Case name.

NAME AND ADDRESS OF BANKING INSTITUTION
   Wachovia Bank, 7001 N. Point Parkway, Alpharetta, GA

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:
   William Hurst of Colebrook, Connecticut

NAME OF JUDGMENT DEBTOR:
   VRSimulations, Inc. of New Britain, Connecticut

| | | |
|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | $30,453.20 |
| 2. | AMOUNT OF COSTS: | $0 |
| 3. | AMOUNT OF INTEREST (if applicable): | $0 |
| 4. | TOTAL JUDGMENT AND COSTS: | $30,453.20 |
| 5. | TOTAL PAID ON ACCOUNT: | $0 |
| 6. | TOTAL UNPAID JUDGMENT: | $30,453.20 |

_____       6/24/04
Name and Address of Attorney       Date
or party making application

David S. Rintoul
2252 Main Street
Glastonbury, CT 06033
Attorney for Plaintiff