# UNITED STATES DISRICT COURT

## DISTRICT OF CONNECTICUT

### APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on 3:03CV429(AVC), Docket No., HURST v. VRSimulations, Inc. Case name.

NAME AND ADDRESS OF BANKING INSTITUTION
  Wachovia Bank, 7001 N. Point Parkway, Alpharetta, GA

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:
  William Hurst of Colebrook, Connecticut

NAME OF JUDGMENT DEBTOR:
  VRSimulations, Inc. of New Britain, Connecticut

| | | |
|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | $30,453.20 |
| 2. | AMOUNT OF COSTS: | $0 |
| 3. | AMOUNT OF INTEREST (if applicable): | $0 |
| 4. | TOTAL JUDGMENT AND COSTS: | $30,453.20 |
| 5. | TOTAL PAID ON ACCOUNT: | $0 |
| 6. | TOTAL UNPAID JUDGMENT: | $30,453.20 |

_[signature]_    6/24/04

Name and Address of Attorney    Date
or party making application

David S. Rintoul
2252 Main Street
Glastonbury, CT 06033
Attorney for Plaintiff

*FILED 2004 JUN 30 A 10:2_ U.S. DISTRICT COURT HARTFORD, CT*