## UNITED STATES DISRICT COURT

## DISTRICT OF CONNECTICUT

WILLIAM HURST
v.
VRSIMULATIONS, INC.

DOCKET NO: 3:03CV 0429 (AVC)

### MOTION FOR APPOINTMENT OF PERSON
### TO SERVE PROCESS

Plaintiff moves this Court to appoint **Fulton County Marshal, Hazaline Jenkins or her authorized representative**, a qualified person over eighteen (18) years of age, residing in **Atlanta, Georgia**, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at Glastonbury, Connecticut, this 24th day of June, 2004.

_____
Attorney for Plaintiff

SO ORDERED.

KEVIN F. ROWE, CLERK

By:_____
       Deputy Clerk

Dated:_____

July 8, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.