

*There being no objection, the motion is GRANTED.*

*Alfred V. Covello, U.S.D.J.*

*December 22, 2005.*
*SO ORDERED.*

## IN THE UNITED STATES DISRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HURST<br>Plaintiff, | DOCKET NO:<br>3:03CV 0429 (AVC) |
| v. | |
| VRSIMULATIONS, INC.<br>Defendant | May 6, 2005 |

### PLAINTIFF'S MOTION FOR ORDER RE FAILURE TO APPEAR AT DEPOSITION

I. INTRODUCTION

Plaintiff hereby moves pursuant to Fed. R. Civ. Pro. Rule 39(d) (1) for sanctions for the failure of Defendant's president, Matthew Wallace, to attend a duly-noticed deposition, and in support thereof, states as follows.

II. FACTS

Plaintiff brought a wage claim against defendant, pursuant to which a default judgment entered against defendant on January 23, 2004 in the amount of $30,453.20. After many months of attempting to collect the judgment, plaintiff's counsel learned that the business of defendant had been taken over by VRSim, Inc.  VR Sim, Inc. does business from the same premises as defendant, 185 Main Street, New Britain Connecticut. The Chief