| PETITION FOR EXAMINATION OF JUDGMENT DEBTOR AND NOTICE OF HEARING | UNITED STATES DISTRICT COURT | COURT USE ONLY |
|---|---|---|
| JD-CV-54 Rev. 3-05 | DISTRICT OF CONNECTICUT | QUIZ |
| C.G.S. § 52-397 | | COURT USE ONLY PEJD |

**INSTRUCTIONS TO JUDGMENT CREDITOR**

1. Prepare and present original and two copies to the clerk for review and signature.
2. Attach completed "Subpoena" form JD-CL-43, if applicable.
3. Present original and one copy of signed petition to proper officer for service.
4. Make copy for your file.
5. Original petition *must be returned* to court after service at least six days prior to the court hearing.
6. Attend court hearing and be prepared to examine the judgment debtor on the debtor's property and the means of paying the judgment.

**TO: The Superior Court**

DOCKET NO.: 3:03cv429(avc)

☐ Judicial District  ☐ Housing Session  ☐ G.A. No. _____  At U.S. District Court, Dist of CT  ☐ Small Claims Area At _____

ADDRESS OF COURT (No., street, town and zip code)
450 Main Street, Hartford, CT 06103

| NAME(S) OF JUDGMENT CREDITOR(S) | ADDRESS(ES) (No., street, town, state and zip code) |
|---|---|
| William Hurst | 545 Fritz Road, Colebrook, Connecticut |

| NAME OF JUDGMENT DEBTOR | ADDRESS (No., street, town, state and zip code) |
|---|---|
| VRSim, Inc. | 222 Pitkin Street, Suite 119, 2252 Main Street, East Hartford, CT 06108 |

| DATE OF JUDGMENT | AMOUNT OF DAMAGES AWARDED | AMOUNT OF COSTS AWARDED | TOTAL DAMAGES AND COSTS AWARDED |
|---|---|---|---|
| 12/17/2003 | $30,453.20 | | $30,453.20 |

NAME AND ADDRESS OF JUDGMENT CREDITOR'S ATTORNEY (If applicable)
David S. Rintoul, Esq., c/o Brown Paindiris & Scott, LLP, 2252 Main Street, Glastonbury, CT 06033

**PETITION FOR EXAMINATION OF JUDGMENT DEBTOR**

A judgment was recovered against the above-named judgment debtor in the District Court on the date and for the amount of damages and costs indicated above. ("X" one or both)

☒ An execution was issued on this judgment which has been returned unsatisfied in whole or in part.

☒ Postjudgment interrogatories were served on the judgment debtor in accordance with the Connecticut General Statutes, but the judgment debtor has failed to respond within thirty days of the date of service.

The judgment creditor(s) requests that the judgment debtor be ordered to appear before the Superior Court where the judgment was entered, to be examined under oath concerning any property and means of paying this judgment.

| SIGNED (Judgment creditor or attorney) | DATE SIGNED | TELEPHONE NO. |
|---|---|---|
| /s/ | May 19, 2008 | (860) 659-0700 |

**ORDER FOR EXAMINATION AND NOTICE OF HEARING**

The Petition for Examination of Judgment Debtor having been presented to the court, **IT IS ORDERED THAT THE ABOVE-NAMED JUDGMENT DEBTOR APPEAR** before the Superior Court **AT THE COURT LOCATION SHOWN ABOVE**, to be examined under oath concerning the judgment debtor's property and means of paying the judgment described in the above Petition for Examination of Judgment Debtor **ON THE DATE AND TIME SET FOR THE HEARING SHOWN BELOW.**

| COURT HEARING DATE AND TIME | | |
|---|---|---|
| DATE OF HEARING | TIME OF HEARING _____ . m. | COURTROOM |

**TO ANY PROPER OFFICER:**

By authority of the State of Connecticut, you are commanded to give notice of the pendency of this Petition and to summon the judgment debtor to appear at the place, date, and time set for the examination by serving on said judgment debtor, as prescribed by law for the service of civil process, a true and attested copy of the foregoing Petition and of this order **at least twelve days** prior to the hearing date shown above.

Make service and return this Petition to the court **at least six days** prior to the hearing date shown above.

SIGNED (Judge/Clerk) _____  DATE SIGNED _____