```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

WILLIAM HURST                    :
   Plaintiff,                    :
                                 :
v.                               :    Case No. 3:03-CV-429(AVC)
                                 :
VRSIMULATIONS, INC.              :
   Defendant.                    :
```

## ORDER TO SHOW CAUSE

The plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on the defendant's ability to pay the judgment rendered against the defendant, it is hereby:

ORDERED that a representative of the defendant appear before the United States District Court at Hartford, Connecticut, Annex Courtroom 1, on October 16, 2008, at 11:30 a.m., and then and there be examined under oath concerning the defendant's assets and its ability to pay the judgment.  The court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.  It is further ORDERED that the defendant bring with him and produce at the hearing all documents sought by the plaintiff's Post-Judgment Interrogatories served on or about December 4, 2007, as well as a completed copy of the financial affidavit attached hereto to facilitate the court's examination of the defendant.

It is further ordered that within ten days of the entry of

this order, the plaintiff shall serve the defendant with a certified copy of this order, with an appended financial affidavit.

It is so ordered this 11th day of September, 2008, at Hartford, Connecticut.

                                             / s /
                                       Alfred V. Covello, U.S.D.J.